## HARTER *v.* BOARD OF COMMISSIONERS OF BOONE COUNTY.

[No. 9,511. Cause transferred to Supreme Court November 28, 1916.]

From Boone Circuit Court; *Willett H. Parr,* Judge.

Action by Samuel W. Harter against the Board of Commissioners of Boone county. *Transferred to Supreme Court.*

Harter *v.* Board, etc.—63 Ind. App. 701.

*L. Ert Slack, Willis C. Nusbaum* and *Miller & Dowling*, for appellants.

*Roy Ardney,* for appellee.

[REPORTER'S NOTE.—This cause was transferred to the Supreme Court by the Appellate Court under the provisions of §1694 Burns 1914, Acts 1901 p. 565, with recommendations by Felt, J. The opinion of the Supreme Court on the questions involved is reported in *Harter* v. *Board, etc.,* 186 Ind. ——, 116 N. E. 304.]